IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40455
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

versus

JOSE ALFREDO LAZCANO,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No.(CA-L-93-51) (CR-L-89-38-1)
- - - - - - - - - -
February 18, 1997

Before JONES, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

Jose Alfredo Lazcano, Texas inmate # 42894-079, appeals the denial of his motion pursuant to 28 U.S.C. § 2255. Lazcano argues that his trial counsel had an actual conflict of interest based on his representation of Jesus Llanes. We have reviewed the parties' briefs and the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Lazcano, No. CA-L-93-51,, CR-L-89-38-1 (S.D. Tex. May 30, 1996).

AFFIRMED.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.